FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 JAN -3 AM 11: 40
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NEDSON DAVIS,

    Plaintiff,

vs.

JOSE M. VAZQUEZ, Warden;
BUREAU OF PRISONS, and
JOHNNY JOHNSON, Counselor,

    Defendants.

CIVIL ACTION NO.: CV207-076

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. In his Objections, Plaintiff asserts that the Bureau of Prisons and the Warden at the Federal Correctional Facility in Jesup, Georgia, have allowed the transfer of white inmates who were convicted of committing violent crimes, but they have not allowed the transfers of Muslim inmates convicted of the same types of crimes.

In his original Complaint, Plaintiff averred the use of inaccurate records was the basis of his retaliation claim and why he was being denied camp placement. The Magistrate Judge directed service of Plaintiff's Complaint based on Plaintiff's allegations that Defendant Johnny Johnson searched his cubicle and locker and allowed approximately $200.00 of his property to be stolen out of retaliation because Plaintiff filed grievances on previous occasions and because Plaintiff is a Muslim.

While Plaintiff possibly states a colorable claim for relief in his Objections, the assertions Plaintiff sets forth in his Objections are unrelated to those assertions which form the basis of the Magistrate Judge's Order directing service upon Defendant Johnson. A plaintiff may not join unrelated claims and various defendants unless the claims "arise out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action." FED. R. CIV. P. 20(a). Plaintiff has failed to show a logical relationship between his separate allegations. Thus, these allegations lack a logical relationship, and the Court will not allow the joinder of these unrelated claims. Should Plaintiff wish to assert claims against the Bureau of Prisons and the Warden, he may do so by filing a separate Complaint.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's claims against Defendant Vazquez and the Bureau of Prisons are **DISMISSED**.

**SO ORDERED**, this __3__ day of __Jan.__, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA